CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 31 2006

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TYRONE GREENE,<br>    Petitioner, | Civil Action No. 7:06-cv-00332 |
| v. | **FINAL ORDER** |
| B. A. BLEDSOE, WARDEN,<br>    Respondent. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, shall be and hereby is **DISMISSED**, and the action is hereby stricken from the active docket of the court.

ENTER: This 31st day of May, 2006.

                                            /s/ James C. Turk
                                        Senior United States District Judge